Stephen D. Finestone (Cal. Bar. No. 125675)
Michael J. Coffino (Cal. Bar No. 88109)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 481-5481
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: mcoffino@fhlawllp.com

Attorneys for Plaintiff Join Digital, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Join Digital, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Pivium, Inc., <br><br> Defendant. | Case No. 24-cv-09138-HSG <br><br> **REVISED STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND ORDER (as modified)** |

Plaintiff Join Digital, Inc. ("Join Digital") and Defendant Pivium, Inc. ("Pivium") have selected a mediator and scheduled a mediation and toward that end seek to continue certain dates the Court has set regarding the case management conference. Accordingly, pursuant to Civil L.Rs. 7-12 and 16(2)(e), the parties have stipulated as follows subject to Court approval.

### STIPULATION

This stipulation is made with reference to the following:

1. Join Digital filed a Complaint against Pivium on December 17, 2024 (ECF 1).

2. On December 18, 2024, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines ("Initial CMC Order") (ECF 3) with the following dates:

    a. February 28, 2025: Deadline to file ADR Certification

    b. February 28, 2025: Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.

    c. March 14, 2025: Deadline to make initial disclosures

    d. March 14, 2025: Deadline to file Joint Case Management Statement

    e. March 21, 2025 at 2:00 p.m.: Initial Case Management Conference.

3. Soon thereafter, the parties, through counsel, had preliminary discussions about scheduling a mediation.

4. Join Digital served the Complaint on Pivium on January 29, 2025.

5. Join Digital filed a First Amended Complaint ("FAC") on February 11, 2025 (ECF 5).

6. That same day, the parties entered into a stipulation pursuant to which counsel for Pivium accepted service of the FAC on behalf of Pivium and Join Digital agreed that Pivium may have until April 14, 2025 to respond to the FAC (ECF 6, misfiled as a First Amended Complaint).

7. One of the parties declined to consent to Magistrate Judge jurisdiction (ECF 12 and 14) and the Court reassigned this action to the Hon. Haywood S. Gilliam, Jr.

8. Following the reassignment, on February 27, 2025, the Court scheduled a case management conference for March 25, 2025 at 2 p.m. (ECF 15).

9. The parties have selected a mediator and scheduled April 28, 2025 as a tentative date for the mediation.

10. The parties wish at this time to focus on seeking a consensual resolution without incurring significant expense and for that reason wish to reschedule the Case Management Conference and reset all related dates.

    Accordingly, the parties seek an order that provides the following dates:

a. April 30, 2025: Deadline to file ADR Certification

b. April 30, 2025: Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan.

c. May 21, 2025: Deadline to make initial disclosures

2

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

d. May 21, 2025: Deadline to file Joint Case Management Statement

e. June 3, 2025 at 2:00 p.m.: Initial Case Management Conference

If the court is not available on June 3, 2025 for the Initial Case Management Conference, the parties are available for a case management conference at a later date.

**IT IS SO STIPULATED**

Dated: March 3, 2025

**Finestone Hayes LLP**

  /s/ Michael J. Coffino
By: Michael J. Coffino (SBN 88109)
*Attorneys for Join Digital, Inc.*

**Nixon Peabody LLP**

  /s/ Corey T. Legget
By: Corey Leggett (SBN 342972)
Jason C. Kravitz
*Counsel for Pivium, Inc.*

## ORDER

Based on the stipulation of the parties and good cause appearing,

IT IS SO ORDERED . The Zoom webinar information and

instructions remain the same as previously provided in docket

nos. 15 and 16.

DATED: 3/4/2025

Hon. Haywood S. Gilliam, Jr.
District Court Judge

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES