Stephen D. Finestone (Cal. Bar. No. 125675)
Michael J. Coffino (Cal. Bar No. 88109)
FINESTONE HAYES LLP
456 Montgomery Street, Suite 1300
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: mcoffino@fhlawllp.com

Attorneys for Plaintiff Join Digital, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Join Digital, Inc.,<br><br>  Plaintiff,<br><br>  v.<br><br>Pivium, Inc.,<br><br>  Defendant. | Case No. 24-cv-09138-HSG<br><br>**MOTION TO SUBSTITUTE LAW FIRM; ORDER** |

The law firms below move this Court to approve the substitution of Todd A. Roberts and Alexandria C. Carraher of Ropers Majeski in place of Finestone Hayes LLP as counsel of record for plaintiff Join Digital, Inc. in this action.

Todd A. Roberts, California State Bar No. 129722, and Alexandia C. Carraher, California State Bar No. 299258, each certify they are members in good standing with the bar of this Court and attest to the consent of Join Digital, Inc. to the Substitution.

Finestone Hayes LLP attests to its withdrawal as counsel of record.

Contact information for new counsel is:

Ropers Majeski
535 Middlefield Road
Suite 245

1

ORDER APPROVING SUBSTITUTION OF ATTORNEY

Menlo Park, CA 94025
Phone: (650) 364-8200
Facsimile: 650-780-1701
Email address: todd.roberts@ropers.com
Email address: alexandria.carraher@ropers.com

**Finestone Hayes LLP**, as withdrawing counsel, consents to the Substitution

/s/ Michael J. Coffino
By: Michael J. Coffino

**Ropers Majeski**, as new counsel seeking to appear accepts the Substitution

/s/ Todd. A. Roberts
By: Todd A. Roberts

Dated: August 7, 2025

**ORDER**

The Substitution of attorney and firm is approved and so ORDERED.

DATED:  8/7/2025

_____
Haywood S. Gilliam, Jr.
United States District Court Judge