TODD A. ROBERTS (SBN 129722)
MARTIN D. DIOLI (SBN 172775)
ALEXANDRIA C. CARRAHER (SBN 299258)
HAYDEN W. FREDRICK (SBN 357272)
ROPERS MAJESKI PC
535 Middlefield Road, Suite 245
Menlo Park, CA  94025
Telephone:	650.364.8200
Facsimile:	650.780.1701
Email:	todd.roberts@ropers.com
	alexandria.carraher@ropers.com
	martin.dioli@ropers.com
	hayden.fredrick@ropers.com

Attorneys for Plaintiff and Respondent
JOIN DIGITAL, INC.

COREY T. LEGGETT (SBN 342972)
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone:	415.984.8340
Facsimile:	415.984.8300
Email:	cleggett@nixonpeabody.com

LESLIE E. HARTFORD, *pro hac vice*
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone:  617.345.1031
Fax:	617.345-1300
lhartford@nixonpeabody.com

Attorneys for Defendant and Counterclaimant
PIVIUM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOIN DIGITAL, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>PIVIUM, INC.,<br><br>             Defendant. | Case No. 24-cv-09138-HSG<br><br>**STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER** |

1  Plaintiff and Respondent JOIN DIGITAL, INC. ("Plaintiff") and Defendant and
2  Counterclaimant PIVIUM, INC. ("Defendant"), by and through their respective counsel of record,
3  hereby stipulate and request that the Court modify the Civil Trial Scheduling Order [Docket No.
4  25] ("Scheduling Order") and the Order Selecting ADR Process, as follows:

5  WHEREAS, on December 17, 2024, Plaintiff filed this action in the United States District
6  Court for the Northern District of California, Case No. 24-CV-09138-HSG, entitled *Join Digital,*
7  *Inc. v. Pivium, Inc.*

8  WHEREAS, on February 11, 2025, Plaintiff filed its First Amended Complaint against
9  Pivium, Inc.

10  WHEREAS, on April 11, 2025, Defendant filed an Answer to First Amended Complaint
11  and Counterclaim against Plaintiff, which attached a copy of the contract referenced as an Exhibit
12  to the Complaint that was inadvertently not included with the original filing. [Dkt. No. 19].

13  WHEREAS, Plaintiff's Motion for Leave to File a Second Amended Complaint is under
14  submission, and the Court is to issue a written order. [Docket Nos. 39 and 33].

15  WHEREAS, on August 7, 2025, this Court issued its Order Granting Plaintiff's motion to
16  substitute attorneys Todd A. Roberts and Alexandria C. Carraher of the Ropers Majeski PC law
17  firm located in Menlo Park, CA as counsel of record for Join Digital in this case, and attorneys
18  Michael J. Coffino and Stephen D. Finestone were terminated. [Dkt No. 46.]

19  WHEREAS, on June 10, 2025, this Court ordered the parties to complete Mediation
20  pursuant to ADR L.R. 6 by September 30, 2025. [Dkt. No. 31.]

21  WHEREAS, the parties, through counsel, are cooperating to complete discovery,
22  mediation, and case resolution as expediently as possible.

23  WHEREAS, the parties have met and conferred, and Plaintiff has agreed to provide
24  supplemental discovery responses prior to depositions.

25  WHEREAS, on August 27, 2025, the parties' counsel met with mediator Sarah Flanagan
26  as part of the Court's ADR program concerning the mediation.

27  WHEREAS, the parties, their counsel, and the mediator agree that the mediation should
28  take place during the weeks of October 20 or October 27, 2025, after new counsel for Join Digital

has a reasonable opportunity to supplement written discovery, and the parties can thereafter complete certain depositions before the mediation.

WHEREAS, the parties anticipate taking 2-4 depositions prior to the October mediation, and any remaining depositions will take place following the October 2025 mediation, if mediation is not successful.

WHEREAS, there has only been one prior modification to the Scheduling Order, and the parties are not seeking to continue the trial date or any pre-trial deadlines except for: the deadline to complete Mediation with Sarah Flanagan and the deadline to complete fact discovery.

NOW THEREFORE, the parties jointly stipulate by and through their respective attorneys of record, and request that the Court extend the pre-trial deadlines in the Scheduling Order [Dkt. No. 25] and the Order Selecting ADR Process [Dkt. No. 31] as follows:

| **Description** | **Existing Date** | **New Date** |
| --- | --- | --- |
| Deadline to Complete Mediation | September 30, 2025 | November 14, 2025 |
| Close of Fact Discovery | November 22, 2025 | December 5, 2025 |

Dated: September 4, 2025     ROPERS MAJESKI PC


By:/s/ *Alexandria C. Carraher*
    TODD A. ROBERTS
    MARTIN D. DIOLI
    ALEXANDRIA C. CARRAHER
    HAYDEN W. FREDRICK
    Attorneys for Plaintiff and Respondent
    JOIN DIGITAL, INC.

NIXON PEABODY LLP

Dated: September 4, 2025


By:/s/ *Leslie Hartford*
    COREY T. LEGGETT
    LESLIE HARTFORD
    Attorneys for Defendant and
    Counterclaimant
    PIVIUM, INC.

# ORDER

Having considered the within Stipulation, and good cause appearing therefore, the Court GRANTS the parties' request, and hereby ORDERS as follows:

Scheduling Order [Dkt. No. 25] and the Order Selecting ADR Process [Dkt. No. 31] are modified as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Deadline to Complete Mediation | September 30, 2025 | November 14, 2025 |
| Close of Fact Discovery | November 22, 2025 | December 5, 2025 |

This amendment does not alter any other portions of the Scheduling Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   9/4/2025

HAYWOOD GILLIAM, JR.
United States District Judge